THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| McARTHUR HERROD, #116 955, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-203-TMH |
| | ) | [WO] |
| | ) | |
| WILLIAM WYNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 25, 2009, the Magistrate Judge filed a Recommendation (Doc. 16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 16) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 15th day of September, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE